# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: ) | IN CHAPTER 7 PROCEEDINGS | |
| ) | | |
| ANTHONY F. & CAROL L. DESIMONE, ) | BK  16-31161 | |
| SS #:   xxx-xx-8134 ) | | |
|          xxx-xx-7015 ) | | |
| ) | | |
| Debtor(s). ) | | |

## TRUSTEE'S OBJECTION TO CLAIM(S)

TO:    ARMY & AIR FORCE EXCHANGE SERVICES

    Donald M. Samson, Chapter 7 Trustee (hereinafter "Trustee") objects to the following claim(s):

| Claimant of Claim Objected To | Claim Number | Amount of Claim |
|---|---|---|
| Army & Air Force Exchange Services<br>Attention: GC-G<br>3911 S. Walton Walker Blvd.<br>Dallas, TX  75236 | 9 | $135.79 |

Said claim(s) should be **disallowed as a timely filed general unsecured claim but allowed as a tardily filed claim, subordinated to all timely filed claims**. The basis for the Trustee's Objection is as follows:

    Claim filed late.

    **IF YOU DISAGREE WITH THIS OBJECTION, YOU MUST FILE YOUR RESPONSE WITH THE BANKRUPTCY COURT ON OR BEFORE THE 5th DAY OF JULY, 2018, AND SERVE A COPY OF YOUR RESPONSE ON THE TRUSTEE AND ALL PARTIES LISTED ON THE ATTACHED PROOF OF SERVICE.**

    **IF A RESPONSE IS NOT FILED WITH THE BANKRUPTCY COURT** on or before **JULY 5, 2018**, the Court will enter an Order on the Hearing Date for the Trustee's Final Report, upholding the above Trustee's Objection to your Claim(s).

    **IF A RESPONSE IS FILED WITH THE BANKRUPTCY COURT** on or before **JULY 5, 2018**, and a resolution cannot be reached between the Trustee and you as the Responding Claimant, a hearing will be held on the Trustee's Objection to Claim(s) and your response thereto.  This hearing will be held on the same date as the hearing on the Trustee's Final Report.  A Notice of Hearing on the Trustee's Final Report and the Trustee's Objection to

Claim(s) will be sent to you at a later date and time.  Failure to appear at the Final Report Hearing may result in the Court sustaining the Trustee's Objection to your Claim(s).

Go to www.ilsb.uscourts.gov for information regarding mandatory electronic filing.

WHEREFORE, Donald M. Samson, Trustee, prays that the Court sustain the Trustee's Objection to the claim(s) as set forth above and for such other and further relief as this Court deems just and equitable.

DATE:6/13/18

/s/ Donald M. Samson
DONALD M. SAMSON, Trustee
226 W. Main St., Ste. 102
Belleville, IL  62220
618-235-2226
Fax: 618-235-0037

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of June, 2018, a copy of the foregoing document, Trustee's Objection to Claim(s), was served upon the following electronically or by first class mail, postage prepaid:

U. S. Trustee
Becker Bldg., Rm. 1100
401 Main St.
Peoria, IL  61602

Mr. William Mueller
Attorney at Law
5312 West Main Street
Belleville, IL  62226

Anthony F. Desimone
719 Sycamore St., Apt. 15
Highland, IL  62249

Carol L. Desimone
75 Crescent View Lane
Highland, IL  62249

Army & Air Force Exchange Services
Attention: GC-G
3911 S. Walton Walker Blvd.
Dallas, TX  75236

Army & Air Force Exchange Services
Attention c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ  85712

/s/ Tara Schaefer