**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | § | Case No. 3:16-BK-31161-LKG |
| | § | |
| ANTHONY F. DESIMONE | § | |
| CAROL L. DESIMONE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Donald M. Samson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

750 Missouri Ave, East St. Louis, IL 62201

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:00 A.M.** on **11/20/2018**, United States Bankruptcy Court, Federal Building, 750 Missouri Avenue, East St. Louis, IL 62201. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/19/18

By: /s/ Donald M. Samson
Trustee

Donald M. Samson
226 West Main St., Suite 102
Belleville, IL 62220

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | § | Case No. 3:16-BK-31161-LKG |
| | § | |
| ANTHONY F. DESIMONE | § | |
| CAROL L. DESIMONE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $28,109.67 |
| *and approved disbursements of* | $11,281.15 |
| *leaving a balance on hand of*[1]*:* | $16,828.52 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $16,828.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Donald M. Samson, Trustee Fees | $3,560.97 | $0.00 | $3,560.97 |
| Donald M. Samson, Trustee Expenses | $66.09 | $0.00 | $66.09 |
| PAYMENT OF ATTORNEY FOR TRUSTEE FEES PURSUANT TO ORDER ENTERED 6/14/18, Attorney for Trustee Fees | $385.00 | $385.00 | $0.00 |
| PAYMENT OF ATTORNEY FOR TRUSTEE EXPENSES PURSUANT TO ORDER ENTERED 6/14/18, Attorney for Trustee Expenses | $42.92 | $42.92 | $0.00 |
| Other: PAYMENT OF SPECIAL COUNSEL FEES PURSUANT TO ORDER ENTERED 8/20/18., Special Counsel for Trustee Fees | $10,685.60 | $10,685.60 | $0.00 |
| Other: PAYMENT OF SPECIAL COUNSEL | $41.58 | $41.58 | $0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

| EXPENSES PURSUANT TO ORDER ENTERED 8/20/18., Special Counsel for Trustee Expenses | | | |
|---|---|---|---|

Total to be paid for chapter 7 administrative expenses: $3,627.06
Remaining balance: $13,201.46

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $13,201.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,729.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| 6 | Internal Revenue Service | $6,729.92 | $0.00 | $6,729.92 |

Total to be paid to priority claims: $6,729.92
Remaining balance: $6,471.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $44,621.13 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Amount** |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $8,075.52 | $0.00 | $1,171.22 |

| | | | | |
|---|---|---|---|---|
| 2 | Discover Bank | $10,723.93 | $0.00 | $1,555.32 |
| 3 | Discover Bank | $9,876.86 | $0.00 | $1,432.47 |
| 4 | American Express Centurion Bank | $2,691.18 | $0.00 | $390.31 |
| 5 | Wells Fargo Bank, N.A. | $1,500.47 | $0.00 | $217.62 |
| 7 | Wells Fargo Bank, N.A. | $7,682.97 | $0.00 | $1,114.28 |
| 8 | Scott Credit Union | $4,070.20 | $0.00 | $590.32 |

Total to be paid to timely general unsecured claims: $6,471.54
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $135.79 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Amount** |
|---|---|---|---|---|
| 9A | Army & Air Force Exchange Services | $135.79 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Donald M. Samson
Trustee

Donald M. Samson
226 West Main St., Suite 102
Belleville, IL 62220

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 19th day of October, 2018, a copy of the foregoing document, Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR), was served upon the following either electronically or by first class mail, postage prepaid:

SEE ATTACHED MAILING MATRIX

/s/ Tara Schaefer______________________

Label Matrix for local noticing
0754-3
Case 16-31161-lkg
Southern District of Illinois
East St Louis
Wed Jun 13 09:24:20 CDT 2018

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Sarah E Barngrover
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

Mary Ann Grace Black
Codilis and Associates PC
15W030 N Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

Anthony F. Desimone
719 Sycamore St
Apt 105
Highland, IL 62249-1788

Carol L. Desimone
75 Crescent View Lane
Highland, IL 62249-5922

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Amanda McQuaid
HeplerBroom LLC
130 N Main St
PO Box 510
Edwardsville, IL 62025-0510

William A Mueller - Mueller Associates
5312 W Main
Belleville, IL 62226-4733

Todd J Ruchman
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

Donald M Samson
Attorney
226 W Main St
Suite 102
Belleville, IL 62220-1504

Scott Credit Union
PO Box 485
Edwardsville, IL 62025-0485

United States Trustee
Becker Bldg, Room 1100
401 Main St
Peoria, IL 61602-1267

Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Amanda J Wiese
Heavner Beyers and Mihlar LLC
111 E Main St
Decatur, IL 62523-1204

End of Label Matrix
Mailable recipients 17
Bypassed recipients 0
Total 17