**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | IN CHAPTER 7 PROCEEDINGS |
| | ) | |
| ANTHONY F. DESIMONE | ) | BK 16-31161 |
| CAROL L. DESIMONE | ) | |
| SS#: xxx-xx-8134 | ) | |
| xxx-xx-7015 | ) | |
| | ) | |
| Debtor(s). | ) | |

## ORDER APPROVING PROPOSED DISTRIBUTION

THIS MATTER having come before the Court on Notice of Trustee's Final Report, Abandonment of Property, hearing on Application for Compensation and Objections to Claims, if any, and the court being fully advised in the premises.

IT IS ORDERED that the Trustee's Final Report is approved, Applications for Compensation as presented are approved, Objections to Claims, if any, are sustained and property not heretofore administered is deemed abandoned.

IT IS FURTHER ORDERED that the Trustee's proposed Claims Distribution, a copy of which is attached and incorporated by reference herein, including the payment of all administrative expenses approved by this Court be and hereby is approved.

In accordance with Bankruptcy Rule 3010, the Trustee will not issue any dividend check in an amount less than $5.00. Creditors wishing to claim and receive their dividend of less than $5.00 are to submit a letter requesting same to the U. S. Bankruptcy Court, Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201.

Trustee shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: November 20, 2018

U. S. BANKRUPTCY JUDGE - 16

## PROPOSED CLAIM DISTRIBUTION REPORT

| Trustee Name: | Donald M. Samson | Distribution Date: | 08/31/2018 |
| Case Number: | 16-31161-LKG | Distribution Amt: | $16,828.52 |
| Case Name: | DESIMONE, ANTHONY F. AND DESIMONE, CAROL L. | Tax ID: | 616564346 |
| Claims Bar Date: | 02/27/2017 | Date: | 8/31/2018 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $16,828.52 |
| | DONALD M. SAMSON<br>226 West Main St., Suite 102<br>Belleville IL 62220 | Trustee Compensation | 2100-000 | $3560.97 | $0.00 | $0.00 | $3,560.97 | $13,267.55 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Trustee Compensation | | | | $3,560.97 | $0.00 | $0.00 | $3,560.97 | |
| | DONALD M. SAMSON<br>226 West Main St., Suite 102<br>Belleville IL 62220 | Trustee Expenses | 2200-000 | $66.09 | $0.00 | $0.00 | $66.09 | $13,201.46 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Trustee Expenses | | | | $66.09 | $0.00 | $0.00 | $66.09 | |
| 6 | INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia PA<br>191017346 | Claims of Governmental Units | 5800-000 | $6729.92 | $0.00 | $0.00 | $6,729.92 | $6,471.54 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| Sub-Totals: Claims of Governmental Units | | | | $6,729.92 | $0.00 | $0.00 | $6,729.92 | |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City OK<br>731248866 | Payments to Unsecured Credit Card Holders | 7100-900 | $8075.52 | $0.00 | $0.00 | $1,171.22 | $5,300.32 |
| | Percent Paid: 14.50% | Notes: | | | | | | |
| 2 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH<br>430543025 | Payments to Unsecured Credit Card Holders | 7100-900 | $10723.93 | $0.00 | $0.00 | $1,555.32 | $3,745.00 |
| | Percent Paid: 14.50% | Notes: | | | | | | |
| 3 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH<br>430543025 | Payments to Unsecured Credit Card Holders | 7100-900 | $9876.86 | $0.00 | $0.00 | $1,432.47 | $2,312.53 |
| | Percent Paid: 14.50% | Notes: | | | | | | |
| 4 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA<br>193550701 | Payments to Unsecured Credit Card Holders | 7100-900 | $2691.18 | $0.00 | $0.00 | $390.31 | $1,922.22 |
| | Percent Paid: 14.50% | Notes: | | | | | | |

PROPOSED CLAIM DISTRIBUTION REPORT

| Trustee Name: | Donald M. Samson | | Distribution Date: | 08/31/2018 |
| --- | --- | --- | --- | --- |
| Case Number: | 16-31161-LKG | | Distribution Amt: | $16,828.52 |
| Case Name: | DESIMONE, ANTHONY F. AND DESIMONE, CAROL L. | | Tax ID: | 616564346 |
| Claims Bar Date: | 02/27/2017 | | Date: | 8/31/2018 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| 5 | WELLS FARGO BANK, N.A. PO Box 14487 Des Moines IA 50309 | Payments to Unsecured Credit Card Holders | 7100-900 | $1500.47 | $0.00 | $0.00 | $217.62 | $1,704.60 |
| | Percent Paid: 14.50% | Notes: (5-1) Unsecured Claim | | | | | | |
| 7 | WELLS FARGO BANK, N.A. PO Box 9210 Des Moines IA 50306 | Payments to Unsecured Credit Card Holders | 7100-900 | $7682.97 | $0.00 | $0.00 | $1,114.28 | $590.32 |
| | Percent Paid: 14.50% | Notes: | | | | | | |
| Sub-Totals: Payments to Unsecured Credit Card Holders | | | | $40,550.93 | $0.00 | $0.00 | $5,881.22 | |
| 8 | SCOTT CREDIT UNION PO Box 485 Edwardsville IL 62025 | General Unsecured § 726(a)(2) | 7100-000 | $4070.20 | $0.00 | $0.00 | $590.32 | $0.00 |
| | Percent Paid: 14.50% | Notes: (8-1) xxxxx7066 | | | | | | |
| Sub-Totals: General Unsecured § 726(a)(2) | | | | $4,070.20 | $0.00 | $0.00 | $590.32 | |
| | | | TOTALS: | $54978.11 | $0.00 | $0.00 | $16,828.52 | |

Page No: 2